*In re* CARLOS ROCA ROSSELLI.

*Número:* CP-2003-15            *Resuelto:* 27 de octubre de 2005

*Carlos Roca Roselli*, abogado que comparece por derecho propio.

## RESOLUCIÓN

Examinada la Moción Solicitando Reinstalación, presentada por el Sr. Carlos Roca Rosselli, se autoriza su reinstalación inmediata al ejercicio de la abogacía.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Hernández Denton no intervino.

*(Fdo.)* Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*